No. 73–858. Gonzalez *v.* Automatic Employees Credit Union et al. Appeal from D. C. N. D. Ill. Further consideration of question of jurisdiction postponed to hearing of case on the merits. 

No. 73–748. American Radio Assn., AFL–CIO, et al. *v.* Mobile Steamship Assn., Inc., et al. Sup. Ct. Ala. Certiorari granted. 

No. 73–1018. United States *v.* Mazurie et al. C. A. 10th Cir. Motions of National Tribal Chairmen's Assn. and Shoshone Indian Tribe et al. for leave to file briefs as *amici curiae* granted. Certiorari granted. 

No. 73–675. Ruth *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 73–700. Biondo et al. *v.* United States. C. A. 8th Cir. Certiorari denied. 

No. 73–722. Mostad *v.* United States. C. A. 8th Cir. Certiorari denied. 

No. 73–727. Lewis *v.* United States. C. A. 9th Cir. Certiorari denied.